IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 12-2497-TUC-JGZ |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Roger Leo Smith, | ) | |
| Defendant. | ) | |

    Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Jacqueline M. Rateau. (Doc. 59.) The Report and Recommendation recommends that the Court grant the Government's Petition to Revoke Supervised Release and set the matter for disposition hearing.

    The Court reviews *de novo* the objected to portions of the Report and Recommendation. 28 U.S.C. §636(b)(1); FED.R.CIV.P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F.Supp.2d 1203, 1204 (D.Or. 1998).

    A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

1  The Court has reviewed the record and concludes that Magistrate Judge Rateau's
2  recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72;
3  *Johnson*, 170 F.3d at 739; *Conley*, 14 F. Supp. 2d at 1204.
4  Accordingly, IT IS HEREBY ORDERED as follows:
5  (1) Magistrate Judge Rateau's Report and Recommendation (Doc. 59) is ACCEPTED
6  and ADOPTED.
7  (2) A final disposition hearing is set in this matter before the Honorable Jennifer G.
8  Zipps on **Thursday, July 25, 2013, at 11:00 a.m.**, Courtroom 5B, Evo A. DeConcini U.S.
9  Courthouse, 405 W. Congress Street, Tucson, Arizona.

11  Dated this 27th day of June, 2013.

*(signature)*
Jennifer G. Zipps
United States District Judge